SANTOS_E.gar5


**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00157 |
| Plaintiff, ) | |
| vs. ) | **ANSWER OF THE GARNISHEE** |
| EDWARD ZENICHI SANTOS, ) | |
| Defendant, ) | |
| EMI, ) | |
| Garnishee. ) | |

ANSWER OF THE GARNISHEE

___BELLA ALFELOR_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant-person preparing/signing)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____

_____.

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

| | |
|---|---|
| 1 | IF GARNISHEE IS A CORPORATION: |
| 2 | That he/she is the (State Official Title) __ACCOUNTANT__ of Garnishee, |
| 3 | __EQUATORIAL MANUFACTORY INC.__ a corporation, organized under the laws of the |
| 4 | __TERRITORY OF GUAM__. |
| 5 | IF GARNISHEE IS A GOVERNMENT ENTITY: |
| 6 | State name and address of agency, and name and official title of authorized |
| 7 | representative: _____ |
| 8 | _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | 1. On __JULY 22__, 2005, Garnishee was served with the Writ |
| 12 | of Continuing Garnishment. For the pay period in effect on the date of service (shown above) |
| 13 | Yes    No |
| 14 | _X_   ___   Defendant was in my/our employ. |
| 15 | Pay period is weekly ___, bi-weekly _X_, semi-monthly ___, monthly ___. |
| 16 | The Defendant's present pay period began on __7/18/05__. |
| 17 | (Present means the pay period in which this order and notice of |
| 18 | garnishment were served) |
| 19 | The Defendant's present pay period ends on __7/30/05__ |
| 20 | Enter amount of net wages. Calculate below: |
| 21 | (a) Gross Pay            $ __283.74__ |
| 22 | (b) Federal income tax      __11.41__ |
| 23 | (c) F.I.C.A. income tax     __21.70__ |
| 24 | (d) State/Local income tax  _____ |
| 25 | Total of tax withholdings   $ __33.11__ |
| 26 | Net Wages               $ __250.63__   (a less total of b,c,d) |
| 27 | // |
| 28 | // |

| | Yes | No | | |
|---|---|---|---|---|
| | ___ | X | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| | ___ | X | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: |

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

//
//
//
//
//

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes   No

___  X   6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____

_____

_____

_____

Yes   No

___  X   7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____

_____

_____

_____

//
//
//

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

    \_\_\_ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, EDWARD ZENICHI SANTOS, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, EDWARD ZENICHI SANTOS, at P.O. Box XXXXX, GMF, Guam 96921 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

EMI
Garnishee

By: _Bella Alfelor_
Name of person preparing Answer

The foregoing instrument was acknowledged before me this _____ day of _____, 2005.

_____
Notary Public