SANTOS_E.gar9

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00157 |
| Plaintiff, | ) | |
| vs. | ) | |
| EDWARD ZENICHI SANTOS, | ) | **CERTIFICATE OF SERVICE** |
| Defendant, | ) | |
| EMI aka EQUATORIAL MANUFACTORY INC., | ) | |
| Garnishee. | ) | |

FILED
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Motion for Entry of Final Order in Continuing Garnishment** and **Final Order in Continuing Garnishment** were sent to the defendant, defendant's attorney and garnishee by mail on September 12, 2005.

MICHELLE PEREZ