ORIGINAL

SANTOS_E.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG -3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00157 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| EDWARD ZENICHI SANTOS, ) | |
| Defendant, ) | |
| EMI, ) | |
| Garnishee. ) | |

On or about July 14, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about August 2, 2006, our office confirmed

//
//
//
//
//
//

with the garnishee that defendant is no longer employed with them as of June 2006. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant EDWARD ZENICHI SANTOS

DATED this 3rd day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney