

SANTOS_E.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00157 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| EDWARD ZENICHI SANTOS, ) | |
| Defendant, ) | |
| EMI, ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination Garnishment** were sent to the defendant and garnishee by mail on _August 9, 2006_.

_/s/ Michelle Perez_
MICHELLE PEREZ