**SANTOS_E.taxwrit**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00157 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF GARNISHMENT** |
| ) | (TAX YEAR 2005) |
| EDWARD ZENICHI SANTOS, ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
| AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant EDWARD ZENICHI SANTOS' income tax refund including tax year 2005.

//

//

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2005 account of Edward Zenichi Santos, Social Security Number XXX-XX-8323, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 99-00157** to ensure his account is properly credited. Any overpayment shall be refunded to defendant.

DATED this 12th day of March, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**