1  **SANTOS_E.taxwrit6**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL:   (671) 472-7332
6  FAX:   (671) 472-7215

7  Attorneys for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       FOR THE DISTRICT OF GUAM
10

11 UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. 99-00157
                                      )
12              Plaintiff,            )
                                      )
13              vs.                   )      **WRIT OF GARNISHMENT**
                                      )      (TAX YEAR 2006)
14 EDWARD ZENICHI SANTOS,             )
                                      )
15              Defendant,            )
   _____)
16                                    )
   DEPARTMENT  OF REVENUE             )
17    AND TAXATION,                   )
   GOVERNMENT OF GUAM,                )
18                                    )
                Garnishee.            )
19 _____)

20

21      Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment

22 on Defendant EDWARD ZENICHI SANTOS' income tax refund including tax year 2006.

23 //

24 //

25 //

26 //

27 //

28 //

1    IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax

2    refund including tax year 2006 account of Edward Zenichi Santos, Social Security Number

3    XXX-XX-8323, until further notice.

4        Checks should be made payable to:

5        **CLERK, U.S. DISTRICT COURT OF GUAM**

6        and mailed to:

7            U.S. District Court of Guam
             4th Floor, U.S. Courthouse
8            520 West Soledad Avenue
             Hagåtña, Guam 96910
9
     with a reference to court number **CR 99-00157** to ensure his account is properly credited.  Any
10
     overpayment shall be refunded to defendant.
11

12       DATED this 12th day of March, 2007.

13

14

15

16                                          **/s/ Hon. Frances M. Tydingco-Gatewood**
                                                      **Chief Judge**
17

18

19

20

21

22

23

24

25

26

27

28                                          - 2 -