ORIGINAL

SANTOS_E.taxter

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 15 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD ZENICHI SANTOS, <br><br> Defendant, <br><br> DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, <br><br> Garnishee. | CRIMINAL CASE NO. 99-00157 <br><br> **MOTION TO TERMINATE WRIT OF GARNISHMENT** <br> (Tax Year 2005) |

On or about March 12, 2007, a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about August 17, 2007, payment was received.

//
//
//
//

Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (tax year 2005) against Defendant EDWARD ZENICHI SANTOS.

DATED this 14th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney