ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 15 2008
JEANNE G. QUINATA
Clerk of Court

SANTOS_E.wdraw

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD ZENICHI SANTOS, <br><br> Defendant, <br><br> DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, <br><br> Garnishee. | CRIMINAL CASE NO. 99-00157 <br><br> **MOTION TO WITHDRAW WRIT OF GARNISHMENT** <br> (TAX YEAR 2006) |

On or about March 12, 2007, a Writ of Garnishment (Tax Year 2006) directed to Garnishee was duly issued and served upon the Garnishee. On or about January 3, 2008,

//
//
//
//
//

1 | payment in full was made. Plaintiff respectfully requests that the Court withdraw the Writ of
2 | Garnishment (Tax Year 2006).

3 | DATED this 14th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of ~~Guam~~ and the NMI

By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney