
DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **August 21, 2000**, as instrument number **625842**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Edward Zenichi Santos          Address:    Dededo, Guam 96912
       SSN:  XXX-XX-8323
       DOB:  XX-XX-1955

Court Imposing Judgment:   U.S. District Court of Guam

Court Number:   CR 99-00157

Amount of Judgment:   $26,720.00

Place of filing:   Guam

WITNESS my hand at Hagåtña, Guam, on this, the ___14th___ day of January, 2008.

JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney

ORIGINAL