ORIGINAL

SANTOS_E.svc

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 23 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00157 |
| Plaintiff, ) | |
| vs. ) | |
| EDWARD ZENICHI SANTOS, ) | **CERTIFICATE OF SERVICE** (TAX YEAR 2005) |
| Defendant, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed or electronically filed copies of the following: **Motion to Terminate Writ of Garnishment** (Tax Year 2005), **Order Re: United States Motion to Terminate Writ of Garnishment** (Tax Year 2005) and **Final Accounting Upon Termination of Garnishment** (Tax Year 2005) were sent to the defendant and garnishee by mail on _January 22, 2008_.

MICHELLE PEREZ