ORIGINAL

SANTOS_E.svc2

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 23 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD ZENICHI SANTOS, <br><br> Defendant, <br><br> DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, <br><br> Garnishee. | CRIMINAL CASE NO. 99-00157 <br><br> **CERTIFICATE OF SERVICE** <br> (TAX YEAR 2006) |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed or electronically filed copies of the following: **Motion to Withdraw Writ of Garnishment** (Tax Year 2006), and **Order Re: United States Motion to Withdraw Writ of Garnishment** (Tax Year 2006) were sent to the defendant and garnishee by mail on _January 23, 2008_.

MICHELLE PEREZ